```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KAREEM OMAR JONES,

                    Petitioner,              20-CV-05348 (AT)(SN)

     -against-                                           **ORDER**

SUPERINTENDENT S. CRONIN,

                    Respondent.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On July 20, 2020, the Honorable Analisa Torres referred this *habeas corpus* petition to me for a report and recommendation. See 28 U.S.C. § 636(b)(1)(A). The parties shall comply with the schedule set forth in the July 2020, 2020 Order to Answer. ECF No. 4. The Clerk of Court is directed to mail a copy of this order to the *pro se* Petitioner.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     July 28, 2020
                New York, New York