UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KAREEM OMAR JONES,

                       Petitioner,                       20-CV-05348 (AT)(SN)

        -against-                                          **ORDER**

SUPERINTENDENT S. CRONIN,

                       Respondent.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In light of Petitioner's change of address, the Clerk of Court is respectfully directed to mail a copy of the Court's April 29, 2022 Report and Recommendation to the new address on file. On its own motion, the Court extends Petitioner's deadline to object to the Report and Recommendation to May 27, 2022.

**SO ORDERED.**

                                                        _____
                                                        SARAH NETBURN
                                                       United States Magistrate Judge

Dated:  May 11, 2022
           New York, New York