UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREEM JONES,

                Petitioner,

-against-

S. CRONIN, Superintendent of Groveland Correctional Facility,

                Respondent.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/3/2022
```

20 Civ. 5348 (AT) (SN)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed Petitioner's letter dated May 27, 2022. ECF No. 33. Accordingly, Petitioner shall file any objections to the Report and Recommendation of the Honorable Sarah Netburn by **June 20, 2022,** seventeen days from today. *See* Fed. R. Civ. P. 72(b)(2); Fed. R. Civ. P. 6(d). No further extensions shall be granted. The Clerk of Court is directed to reopen the case and mail a copy of this order to Petitioner *pro se*.

      SO ORDERED.

Dated: June 3, 2022
       New York, New York

ANALISA TORRES
United States District Judge