UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREEM JONES,

                Petitioner,

-against-

S. CRONIN, Superintendent of Groveland Correctional Facility,

                Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/6/2022_

20 Civ. 5348 (AT) (SN)

**ORDER**

ANALISA TORRES, District Judge:

    The Clerk of Court is directed to strike the document at ECF No. 34, which was erroneously entered in this matter, and mail a copy of this order to Plaintiff *pro se*.

    SO ORDERED.

Dated: June 6, 2022
       New York, New York

ANALISA TORRES
United States District Judge